**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, NY 10007*

August 25, 2026

**Via ECF**
Honorable Margaret M. Garnett
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

Re: *Rodriguez v. United States*, No. 26 Civ. 5988 (MGG)

Dear Judge Garnett:

This Office represents the United States of America in the above-referenced action, which plaintiff brings pursuant to the Federal Torts Claims Act. The deadline for the government to respond to the complaint is currently September 22, 2026. I write respectfully to request an adjournment of the initial pretrial conference, currently scheduled for September 3, 2026, to October 2, 2026 (*i.e.*, the Friday of the week following the proposed due date for the government's response to the complaint) or another date thereafter that is convenient for the Court.

We are requesting this additional time in order to consult further with our agency client regarding its response to the complaint. The government respectfully submits that an adjournment of the initial pretrial conference until after the response deadline would be in the interests of efficiency and conservation of judicial and party resources, as it would allow time for the government to determine its litigation position.

This is the government's first request to adjourn the initial conference, and plaintiff consents to this request.

I thank the Court for its consideration of this request.

GRANTED. The Initial Pretrial Conference previously scheduled for September 3, 2026, is hereby ADJOURNED until Friday, **October 2, 2026**, at **9:30 A.M.**

SO ORDERED. Dated August 26, 2026.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE

Respectfully,

JAMES M. MCDONALD
United States Attorney for the
Southern District of New York

By: */s/ Jessica F. Rosenbaum*
JESSICA F. ROSENBAUM
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Tel.: (212) 637-2777