UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

JOSETTE RODRIGUEZ :

Plaintiff, :

-v.- :

UNITED STATES OF AMERICA, :

Defendants. :

---------------------------------------------------------------X

ORDER
26 Civ. 5988 (GWG)

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

The Government has filed a partial motion to dismiss in which it asks us to find that some of plaintiff Josette Rodriguez's claims are time barred because the Westfall Act's savings clause, 28 U.S.C. § 2679(d)(5), does not apply here. See Docket # 13 at 6. Whether the Westfall Act's savings clause applies to this action is a question that the parties have apparently already presented to the Second Circuit. See Rodriguez v. United States, No. 25-2544 (2d Cir. 2026). In light of this, Rodriguez asks, as alternative relief, that we defer our decision on the motion to dismiss until after the Second Circuit's ruling. (Docket # 15 at 23). The Government has not responded to this request in its reply.

It would appear that there would be some efficiency achieved by awaiting the ruling of the Second Circuit (though we recognize that the Second Circuit has recently indicated that it may determine that it lacks appellate jurisdiction over the pending appeal). Accordingly, the Court directs the Government to file a letter by November 24, 2026, stating its position on whether we should defer ruling on its motion to dismiss pending the outcome of the parties' case before the Second Circuit. Rodriguez may reply on or before December 1, 2026.

SO ORDERED.

Dated: November 17, 2026
New York, New York

GABRIEL W. GORENSTEIN
United States Magistrate Judge